[No. 68608-9-I.   Division One.   September 3, 2013.]

SERGEY SAVCHUK, *Appellant*, v. STEVEN G. JERDE ET AL., *Defendants*, CHRISTINE SAMS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 09-2-00357-9, Ira Uhrig, J., entered March 23, 2012. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Dwyer and Verellen, JJ.

[No. 69073-6-I.   Division One.   September 3, 2013.]

LEGACY PARTNERS RIVERPARK APARTMENTS BUILDINGS A/B, LLC, ET AL., *Appellants*, v. KING COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-22559-3, Harry J. McCarthy, J., entered June 15, 2012. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Schindler and Lau, JJ.

[No. 69174-1-I.   Division One.   September 3, 2013.]

ANNE WHYTE, *Appellant*, v. CHRISTOPHER JACK ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-05845-0, Barbara Linde, J., entered July 13, 2012. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Appelwick and Dwyer, JJ.

[No. 30762-0-III.   Division Three.   September 3, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN CARLOS RODRIGUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 12-1-00001-1, Evan E. Sperline, J., entered April 3, 2012. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Brown and Siddoway, JJ.